PD-0725-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/12/2015 3:19:17 PM
Accepted 6/12/2015 3:46:32 PM
ABEL ACOSTA
CLERK

IN THE
COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| JOSE L. ALDANA,<br>    *APPELLANT* | § § | |
| V. | § § | NO. PD-_____-15 |
| THE STATE OF TEXAS,<br>    *APPELLEE* | § § § | |

### STATE'S MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

COMES NOW the State of Texas, by and through Sharen Wilson, the Tarrant County Criminal District Attorney and files this motion to extend the time for thirty days to file a petition for discretionary review.

I.

The court of appeals below is the Court of Appeals for the Eighth Court of Appeals District. The style and number of the case in the El Paso Court is *Aldana v. State*, No. 08-13-00243-CR.

II.

On May 14, 2015, the El Paso Court issued an opinion reversing the trial court's judgment. *See Aldana v. State*, No. 08-13-00243-CR (Tex. App.—El Paso May 14, 2015) (unpublished). The State did not file a motion for rehearing.

FILED IN
COURT OF CRIMINAL APPEALS

June 12, 2015

ABEL ACOSTA, CLERK

III.

The current deadline for filing the State's petition for discretionary review is June 15, 2015. The State now requests an extension of 30 days – until July 15, 2015 – to file the State's petition. The State has not previously requested an extension of time to file a petition for review in this case.

IV.

This extension is not for the purposes of delay, but rather so that undersigned counsel may adequately set forth the State's position in its grounds for review. The undersigned has been working not only on this PDR, but on the State's reply briefs in *Guzman v. State,* No. 02-14-00297-CR and *Gray v. State*, No. 02-14-00249-CR; and petitions for review in *Isbell v. State*, No. PD-0469-15 and *Pinkston v. State*, No. PD-0444-15.

Wherefore, the State prays that the Court grant an extension of 30 days to July 15, 2015 for filing the State's petition for discretionary review.

Respectfully submitted,

SHAREN WILSON
Criminal District Attorney
Tarrant County, Texas

DEBRA WINDSOR
Assistant Criminal District Attorney
Chief, Post-Conviction

/s/ James Gibson_____
JAMES GIBSON, Assistant
Criminal District Attorney
401 W. Belknap Street
Fort Worth, Texas 76196-0201
(817) 884-1687
FAX (817) 884-1672
State Bar No. 00787533
CCAAppellateAlerts@TarrantCountyTX.gov

## CERTIFICATE OF SERVICE

A copy of the State's Motion to Extend Time to File Petition for Discretionary Review has been e-served to opposing counsel, the Hon. Leigh W. Davis, leighwdavis@gmail.com, 1901 Central Dr., Suite 708 LB 57, Bedford, Texas 76021 and to the State Prosecutor, Hon. Lisa C. McMinn, information@spa.texas.gov, P.O. Box 13046, Austin, Texas 78711on June 12, 2015.

/s/ James Gibson_____
JAMES GIBSON

H:\GIBSON.G17\MOTIONS\Aldana; ext to file pdr.docx